AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fayetteville Division

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | No. 5:21CR50049-001 |
| ) | |
| Michael Southerland ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Michael Southerland, who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

1 Count – Conspiracy to Distribute a Mixture or Substance Containing a Detectible Amount of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) & 846
1 Count – Aiding and Abetting the Possession with Intent to Distribute more than 500g mixture/50g actual methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A)(viii), 18 U.S.C. § 2
1 Count – Possession with Intent to Distribute a Controlled Substance (methamphetamine) in violation of 21 U.S.C. § 841(a)(1)
1 Count – Possession of a Firearm In Furtherance of a Drug Trafficking Offense in violation of 18 U.S.C. § 924(c)(1)(A)(i)
1 Count – **Felon in Possession of a Firearm** in violation of 18 U.S.C. §§ **922(g)(1)** and **924(a)(2)**

Date: July 28, 2021

_Michelle McEntire_
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Jamie K. Giani, U.S. Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/29/2021, and the person was arrested on *(date)* 7/29/2021
at *(city and state)* FAYETTEVILLE, ARKANSAS.

Date: 7/29/2021

*Arresting officer's signature* 522

DET. John Mackey  4th JDDTF
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name Of defendant/offender: Michael Southerland

Known aliases: Michael Scott Southerland; Michael S Southerland

Place of birth:

Date of birth: 09/26/1988

Social Security number: 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

FBI number: 634365CC4

Sex: Male